IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREA KNITTEL,

        Plaintiff,

v.

ANNETT HOLDINGS, INC., et al.,

        Defendants.

Case No. 23-cv-3078 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 1/8/2025**        MONICA A. STUMP, Clerk of Court

                                              s/ Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**